UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KLEIN CUTLERY, LLC,

                Plaintiff,

v.                                           **ORDER**
                                              09-CV-233S

WAYNE WEST and KRISTINA CARNEY,

                Defendants.

This morning, Plaintiff filed a Motion for Expedited Hearing to occur at 1:30 p.m. today (Docket No. 4) on its contemporaneously-filed Motion for Temporary Restraining Order (Docket No. 2), which generally seeks an Order enjoining Defendants from using, disclosing, destroying, or modifying any of Plaintiff's confidential information or trade secrets in their possession. Plaintiff also filed a Motion for Expedited Discovery (Docket No. 5) and a Motion for Leave for Jeffrey A. Soble to appear *pro hac vice* (Docket No. 7.) Defendant Wayne West has been served through counsel; Defendant Kristina Carney has not yet been served.

IT HEREBY IS ORDERED, that Plaintiff's Motion for Expedited Hearing (Docket No. 4) is GRANTED, but because Defendant Carney has not yet been served, the request for a hearing today at 1:30 p.m. is denied. Plaintiff shall serve Defendant Kristina Carney with its papers in this action, together with a copy of this Order, by 5:00 p.m. on Saturday, March 14, 2009. Plaintiff shall also serve a copy of this Order on Defendant Wayne West's counsel by 5:00 p.m. on Saturday, March 14, 2009.

FURTHER, that counsel shall appear before this Court for a status conference on Monday, March 16, 2009, at 11:00 a.m., to discuss Plaintiff's Motion for a Temporary Restraining Order (Docket No. 2) and Motion for Expedited Discovery (Docket No. 4).

FURTHER, that Plaintiff's Motion for Pro Hac Vice Admission of Jeffrey A. Soble (Docket No. 7) is GRANTED, subject to payment of the requisite fee.

SO ORDERED.

Dated: March 13, 2009
      Buffalo, New York

/s/William M. Skretny<br>
WILLIAM M. SKRETNY<br>
United States District Judge